**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2405**

STARSHA SEWELL,

Plaintiff – Appellant,

v.

WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, (WMATA),

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.   Theodore D. Chuang, District Judge. (8:15-cv-01334-TDC)

Submitted:  December 18, 2015      Decided:  December 23, 2015

Before MOTZ, DUNCAN, and DIAZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Starsha Sewell, Appellant Pro Se. Gerard J. Stief, Associate General Counsel, WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Starsha Sewell appeals the district court's orders dismissing this action without prejudice for failure to serve process and denying her motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Sewell v. Washington Metro. Area Transit Auth., No. 8:15-cv-01334-TDC (D. Md. Oct. 22 & Nov. 2, 2015). We deny the motions to transfer and to strike the Defendant's response. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED